

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00848-CR

Eusebio **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5376A
Honorable Joey Contreras, Judge Presiding

# O R D E R

The Appellant's Second Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to April 1, 2019. **Further requests for extension of time in which to file appellant's brief will be disfavored.**

It is so **ORDERED** on March 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court